<u>**UNPUBLISHED**</u>

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 01-6033**

———————

THOMAS ANDREW ESTES,

                                  Petitioner - Appellant,

     versus

WILLIAM ANDERSON, Superintendent; MIKE EASLEY,
Attorney General of North Carolina,

                                 Respondents - Appellees.

———————

Appeal from the United States District Court for the Western District of North Carolina, at Asheville. Graham C. Mullen, Chief District Judge. (CA-00-257-2-1-MU)

———————

Submitted: April 27, 2001          Decided: May 4, 2001

———————

Before LUTTIG and MOTZ, Circuit Judges, and HAMILTON, Senior Circuit Judge.

———————

Dismissed by unpublished per curiam opinion.

———————

Thomas Andrew Estes, Appellant Pro Se.

———————

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Thomas Andrew Estes seeks to appeal the district court's orders denying relief on his petition filed under 28 U.S.C.A. § 2254 (West 1994 & Supp. 2000) and denying his Fed. R. Civ. P. 59 motion. We have reviewed the record and the district court's orders and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. <u>Estes v. Anderson</u>, No. CA-00-257-2-1-MU (W.D.N.C. filed Dec. 8, 2000; entered Dec. 11, 2000). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>DISMISSED</u>